## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HOWARD LAWSON BABENDREIER  Case No.: 1-16-04581-HWV
                                                           Chapter 13

Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | LOANCARE, LLC |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 347A Smoketown - PRE-ARREARS - 3935 |
| Property Address if applicable: | 347A SMOKETOWN RD, , HANOVER, PA17331 |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,992.40 |
| b. | Prepetition arrearages paid by the Trustee: | $19,992.40 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $13,580.34 |
| f. | Postpetition arrearages paid by the Trustee: | $13,580.34 |
| g. | Total b, d, f: | $33,572.74 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022                      Respectfully submitted,

                                           s/ Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           Fax: (717) 566-8313
                                           eMail: info@pamd13trustee.com

Creditor Name:  LOANCARE, LLC
Court Claim Number:  11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1192646 | 10/10/2018 | $115.00 | $0.00 | $115.00 |
| 5200 | 1194025 | 11/08/2018 | $411.79 | $0.00 | $411.79 |
| 5200 | 9005564 | 12/13/2018 | $332.81 | $0.00 | $332.81 |
| 5200 | 9005651 | 01/10/2019 | $477.07 | $0.00 | $477.07 |
| 5200 | 9005735 | 02/07/2019 | $603.18 | $0.00 | $603.18 |
| 5200 | 9006073 | 06/06/2019 | $285.75 | $0.00 | $285.75 |
| 5200 | 9006160 | 07/11/2019 | $736.21 | $0.00 | $736.21 |
| 5200 | 9006249 | 08/07/2019 | $588.97 | $0.00 | $588.97 |
| 5200 | 9006341 | 09/26/2019 | $897.38 | $0.00 | $897.38 |
| 5200 | 9006431 | 10/10/2019 | $462.61 | $0.00 | $462.61 |
| 5200 | 9006513 | 11/07/2019 | $590.25 | $0.00 | $590.25 |
| 5200 | 9006602 | 12/12/2019 | $737.82 | $0.00 | $737.82 |
| 5200 | 9006693 | 01/16/2020 | $183.79 | $0.00 | $183.79 |
| 5200 | 9006785 | 02/13/2020 | $737.82 | $0.00 | $737.82 |
| 5200 | 9006877 | 03/12/2020 | $590.25 | $0.00 | $590.25 |
| 5200 | 9007031 | 04/14/2020 | $737.82 | $0.00 | $737.82 |
| 5200 | 9007226 | 05/06/2020 | $427.02 | $0.00 | $427.02 |
| 5200 | 9007454 | 06/02/2020 | $569.37 | $0.00 | $569.37 |
| 5200 | 9007737 | 07/07/2020 | $711.71 | $0.00 | $711.71 |
| 5200 | 9008035 | 08/12/2020 | $711.70 | $0.00 | $711.70 |
| 5200 | 9008357 | 09/17/2020 | $711.71 | $0.00 | $711.71 |
| 5200 | 9008675 | 10/15/2020 | $569.36 | $0.00 | $569.36 |
| 5200 | 9008950 | 11/03/2020 | $431.78 | $0.00 | $431.78 |
| 5200 | 9009230 | 12/10/2020 | $722.64 | $0.00 | $722.64 |
| 5200 | 9009758 | 01/19/2021 | $587.78 | $0.00 | $587.78 |
| 5200 | 9010054 | 02/17/2021 | $881.67 | $0.00 | $881.67 |
| 5200 | 9010357 | 03/17/2021 | $587.77 | $0.00 | $587.77 |
| 5200 | 9010641 | 04/15/2021 | $587.78 | $0.00 | $587.78 |
| 5200 | 9010925 | 05/18/2021 | $587.78 | $0.00 | $587.78 |
| 5200 | 9011200 | 06/16/2021 | $607.14 | $0.00 | $607.14 |
| 5200 | 9011464 | 07/14/2021 | $758.93 | $0.00 | $758.93 |
| 5200 | 9011730 | 08/18/2021 | $758.93 | $0.00 | $758.93 |
| 5200 | 9011994 | 09/14/2021 | $607.14 | $0.00 | $607.14 |
| 5200 | 9012497 | 11/16/2021 | $561.63 | $0.00 | $561.63 |
| 5200 | 9012990 | 01/19/2022 | $122.04 | $0.00 | $122.04 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HOWARD LAWSON BABENDREIER　　　　Case No.: 1-16-04581-HWV
　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG PA,  17111- | SERVED ELECTRONICALLY |
| COMMUNITY LOAN SERVICING, LLC<br>4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL,  33146 | SERVED BY 1ST CLASS MAIL |
| HOWARD LAWSON BABENDREIER<br>347A SMOKETOWN RD<br>HANOVER, PA  17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022

s/   Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com