abendreier

**POST PETITION PAYMENT HISTORY**

| TRANSACTION DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | Amount Recieved Minus Amount due | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BK Filed 11/8/2016 | $ - | $ - | $ - |
| 1/19/2017 | $ 1,250.00 | $ 1,222.88 | 12/1/2016 | | $ 27.12 | $ 27.12 | $ 27.12 |
| 3/3/2017 | $ 1,245.00 | $ 1,222.88 | 1/1/2017 | | $ 22.12 | $ 22.12 | $ 49.24 |
| 5/15/2017 | $ 1,245.00 | $ 1,222.88 | 2/1/2017 | | $ 22.12 | $ 22.12 | $ 71.36 |
| 5/15/2017 | $ 1,245.00 | $ 1,222.88 | 3/1/2017 | | $ 22.12 | $ 22.12 | $ 93.48 |
| 5/23/2017 | $ 1,245.00 | $ 1,222.88 | 4/1/2017 | | $ 22.12 | $ 22.12 | $ 115.60 |
| 6/6/2017 | $ 1,230.00 | $ 1,222.88 | 5/1/2017 | | $ 7.12 | $ 7.12 | $ 122.72 |
| 7/14/2017 | $ 1,230.00 | $ 1,222.88 | 6/1/2017 | | $ 7.12 | $ 7.12 | $ 129.84 |
| 9/13/2017 | $ 1,250.00 | $ 1,222.88 | 7/1/2017 | | $ 27.12 | $ 27.12 | $ 156.96 |
| 11/2/2017 | $ 1,260.00 | $ 1,222.88 | 8/1/2017 | | $ 37.12 | $ 37.12 | $ 194.08 |
| 12/29/2017 | $ 1,260.00 | $ 1,222.88 | 9/1/2017 | | $ 37.12 | $ 37.12 | $ 231.20 |
| 3/5/2018 | $ 1,275.00 | $ 1,222.88 | 10/1/2017 | | $ 52.12 | $ 52.12 | $ 283.32 |
| 5/9/2018 | $ 1,275.00 | $ 1,222.88 | 11/1/2017 | | $ 52.12 | $ 52.12 | $ 335.44 |
| 8/16/2018 | $ 1,250.00 | $ 1,222.88 | 12/1/2017 | | $ 27.12 | $ 27.12 | $ 362.56 |
| 10/26/2018 | $ (181.00) | | | | $ (181.00) | $ (181.00) | $ 181.56 |
| 10/26/2018 | | $ - | 1/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 2/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 3/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 4/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |

| Date | Amount Paid | Amount Due | Due Date | Description | Col1 | Col2 | Balance |
|---|---|---|---|---|---|---|---|
| 10/26/2018 | | $ - | 5/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 6/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 7/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 8/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 9/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 10/26/2018 | | $ - | 10/1/2018 | Payment Applied From Suspense | $ - | $ - | $ 181.56 |
| 11/7/2018 | $ 1,275.00 | $ 1,261.94 | 11/1/2018 | | $ 13.06 | $ 13.06 | $ 194.62 |
| 12/12/2018 | $ 1,275.00 | $ 1,261.94 | 12/1/2018 | | $ 13.06 | $ 13.06 | $ 207.68 |
| 1/24/2019 | $ 1,250.00 | $ 1,261.94 | 1/1/2019 | | $ (11.94) | $ (11.94) | $ 195.74 |
| 3/13/2019 | $ 1,250.00 | $ 1,229.15 | 2/1/2019 | | $ 20.85 | $ 20.85 | $ 216.59 |
| 4/10/2019 | $ 1,250.00 | $ 1,229.15 | 3/1/2019 | | $ 20.85 | $ 20.85 | $ 237.44 |
| 6/6/2019 | $ 1,275.00 | $ 1,229.15 | 4/1/2019 | | $ 45.85 | $ 45.85 | $ 283.29 |
| 8/1/2019 | $ 1,266.00 | $ 1,229.15 | 5/1/2019 | | $ 36.85 | $ 36.85 | $ 320.14 |
| 9/25/2019 | $ 1,265.00 | $ 1,229.15 | 6/1/2019 | | $ 35.85 | $ 35.85 | $ 355.99 |
| 11/14/2019 | $ 1,265.00 | $ 1,229.15 | 7/1/2019 | | $ 35.85 | $ 35.85 | $ 391.84 |
| 12/5/2019 | $ 1,235.00 | $ 1,229.15 | 8/1/2019 | | $ 5.85 | $ 5.85 | $ 397.69 |
| 1/10/2020 | $ 1,250.00 | $ 1,229.15 | 9/1/2019 | | $ 20.85 | $ 20.85 | $ 418.54 |
| 1/16/2020 | $ 2,800.00 | $ 1,229.15 | 10/1/2019 | | $ 1,570.85 | $ 1,570.85 | $ 1,989.39 |
| 1/16/2020 | | $ 1,229.15 | 11/1/2019 | Payment Applied From Suspense | $ (1,229.15) | $ (1,229.15) | $ 760.24 |
| 2/6/2020 | $ 800.00 | $ 1,229.15 | 12/1/2019 | | $ (429.15) | $ (429.15) | $ 331.09 |

| Date | Amount | P&I | Month | Escrow | Suspense | Balance |
|---|---|---|---|---|---|---|
| 3/11/2020 | $ 1,245.00 | $ 1,230.02 | 1/1/2020 | $ 14.98 | $ 14.98 | $ 346.07 |
| 4/13/2020 | $ 800.00 | | | $ 800.00 | $ 800.00 | $ 1,146.07 |
| 5/14/2020 | $ 1,245.00 | $ 1,230.02 | 2/1/2020 | $ 14.98 | $ 14.98 | $ 1,161.05 |
| 7/2/2020 | $ 75.00 | $ 1,230.02 | 3/1/2020 | $ (1,155.02) | $ (1,155.02) | $ 6.03 |
| 7/7/2020 | $ 1,275.00 | $ 1,230.02 | 4/1/2020 | $ 44.98 | $ 44.98 | $ 51.01 |
| 9/11/2020 | $ 1,000.00 | | | $ 1,000.00 | $ 1,000.00 | $ 1,051.01 |
| 10/15/2020 | $ 1,245.00 | $ 1,230.02 | 5/1/2020 | $ 14.98 | $ 14.98 | $ 1,065.99 |
| 12/4/2020 | $ 1,250.00 | $ 1,230.02 | 6/1/2020 | $ 19.98 | $ 19.98 | $ 1,085.97 |
| 1/14/2021 | $ 1,245.00 | $ 1,230.02 | 7/1/2020 | $ 14.98 | $ 14.98 | $ 1,100.95 |
| 2/16/2021 | $ 1,245.00 | $ 1,230.02 | 8/1/2020 | $ 14.98 | $ 14.98 | $ 1,115.93 |
| 3/15/2021 | $ 1,245.00 | $ 1,230.02 | 9/1/2020 | $ 14.98 | $ 14.98 | $ 1,130.91 |
| 4/14/2021 | $ 1,245.00 | $ 1,230.02 | 10/1/2020 | $ 14.98 | $ 14.98 | $ 1,145.89 |
| 5/13/2021 | $ 500.00 | $ 1,230.02 | 11/1/2020 | $ (730.02) | $ (730.02) | $ 415.87 |
| 6/10/2021 | $ 1,250.00 | $ 1,230.02 | 12/1/2020 | $ 19.98 | $ 19.98 | $ 435.85 |
| 7/27/2021 | $ 1,275.00 | $ 1,243.64 | 1/1/2021 | $ 31.36 | $ 31.36 | $ 467.21 |
| 8/25/2021 | $ 1,275.00 | $ 1,243.64 | 2/1/2021 | $ 31.36 | $ 31.36 | $ 498.57 |
| 9/29/2021 | $ 1,250.00 | $ 1,243.64 | 3/1/2021 | $ 6.36 | $ 6.36 | $ 504.93 |
| 11/3/2021 | $ 1,300.00 | $ 1,243.64 | 4/1/2021 | $ 56.36 | $ 56.36 | $ 561.29 |
| 12/1/2021 | $ 1,300.00 | $ 1,243.64 | 5/1/2021 | $ 56.36 | $ 56.36 | $ 617.65 |
| 12/15/2021 | $ 1,300.00 | $ 1,243.64 | 6/1/2021 | $ 56.36 | $ 56.36 | $ 674.01 |
| 1/12/2022 | $ 1,300.00 | $ 1,243.64 | 7/1/2021 | $ 56.36 | $ 56.36 | $ 730.37 |
| 2/2/2022 | $ 1,300.00 | $ 1,243.64 | 8/1/2021 | $ 56.36 | $ 56.36 | $ 786.73 |

| **Delinquent Payments** | | **Days Delinquent:** | **129** |
|---|---|---|---|
| **Month Due** | **P&I Due** | **Escrow Due** | **Total Due** |
| 9/1/2021 | $ 727.06 | $ 516.58 | $ 1,243.64 |
| 10/1/2021 | $ 727.06 | $ 516.58 | $ 1,243.64 |
| 11/1/2021 | $ 727.06 | $ 516.58 | $ 1,243.64 |
| 12/1/2021 | $ 727.06 | $ 560.13 | $ 1,287.19 |
| 1/1/2022 | $ 727.06 | $ 560.13 | $ 1,287.19 |
| 2/1/2022 | $ 727.06 | $ 560.13 | $ 1,287.19 |
| **Delinquency** | | | $ 7,592.49 |
| **Less Suspense** | | | $ 786.73 |
| **Total Delinqunecy** | | | $ 6,805.76 |