IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| HOWARD LAWSON BABENDREIER | : | CASE NO. 1-16-04581-HWV |
| aka HOWARD L. BABENDREIER | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Objection to Lakeview Loan Servicing LLC's Response to Trustee's Notice of Final Cure, the parties agree that as of April 27, 2022 Debtor is current on his payments to Lakeview, Loan Servicing, LLC and specifically, as of April 6, 2022 Debtor is due for the May 2022 mortgage payment.

**IT IS HEREBY ORDERED AND DECREED** that the agreed Order is approved.